```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

ADRIAN SULLIVAN,              )
                              )
         Plaintiff,           )
                              )
    v.                        )     1:25-cv-307
                              )
PUBLIC DEFENDER,              )
                              )
         Defendant.           )

## ORDER

On April 30, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3). No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS HEREBY ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**, to Plaintiff filing a new complaint, on the proper forms and in the proper court, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 20th day of June, 2025.

_____
United States District Judge